**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY LEE SODERSTROM, | NO. SACV 08-00309 PA (SS) |
| Plaintiff, | |
| v. | **ORDER ADOPTING FINDINGS,** |
| ORANGE COUNTY DISTRICT ATTORNEY, et al., | **CONCLUSIONS AND RECOMMENDATIONS** |
| Defendants. | **OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all of the records and files herein, Defendants' Motions to Dismiss, the Magistrate Judge's Report and Recommendation, and Plaintiff's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\

Accordingly, IT IS ORDERED THAT:

1. Defendants' Motions to Dismiss are GRANTED and Judgment shall be entered dismissing this action in its entirety with prejudice.

2. All pending motions in this action are terminated.

3. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Plaintiff and on counsel for Defendants.

DATED: November 12, 2009

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2