JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LEE SODERSTROM,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ORANGE COUNTY DISTRICT ATTORNEY, et al.,<br><br>　　　　　Defendants. | NO. SACV 08-00309 PA (SS)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 12, 2009

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE